# EXHIBIT A

# SERVICES AGREEMENT

This Services Agreement (the "**Agreement**") is entered into as of <u>10/25/2021</u>, by and between Blockware Solutions, LLC, a Delaware limited liability company ("**Blockware**"), and <u>Faes & Co</u> ("**Client**").

1.     **SERVICES.** Blockware will consult with Client in developing specifications for one or more computer systems designed to mine for cryptocurrencies or such purposes to which the parties may agree. Once the specifications have been agreed upon by Blockware and the Client, Blockware will provide a written estimate (the "**Invoice**") to Client of the cost of the computer system plus Blockware's consulting fee for its services under this Agreement. After Client has remitted payment to Blockware for the full amount of the Invoice, Blockware will arrange for the purchase and delivery of the specified computer system(s) on behalf of Client at the soonest opportunity. Blockware makes no warranty or representations with respect to the equipment or software purchased on behalf of Client. In addition, in the event that there are manufacturing defects or other technical issues after delivery, Blockware will provide commercially reasonable assistance to Client in pursuing assistance with the relevant manufacturer. Client acknowledges and agrees that Blockware has no control over when the specified computer system(s) may become available from the relevant manufacturer and understands that Blockware can make no guarantee with respect to a delivery date for the specific computer system(s).

2.     **COMPENSATION.**

    (a)     *Fees and Costs*. Blockware will provide Client with the Invoice stating the total amount payable to Blockware for Client's order under this Agreement. Invoices are due and payable upon receipt. Due to the volilitility in cryptocurrency prices, hardware quotes are only valid for 24 hours after the date of invoice.

    (b)     *Date for Payment.* Client shall pay the invoice provided by Blockware prior to Blockware executing an order with a third-party manufacturer of computer hardware. If Client fails to pay the invoice, no order will be placed on behalf of Client.

    (c)     *Expense True-Up.* To the extent Blockware's estimates of the delivery cost are inaccurate, Client agrees to remit any additional payments necessary to Blockware within ten (10) calendar days of receiving a revised Invoice which will indicate the amounts initially paid and the additional payment necessary.

    (d)     *Finality*. Blockware does not allow refunds or exchanges for any hardware. Blockware, at its sole discretion may decide to allow for exchanges depending on the circumstances on a case by case basis.

3.     **TERM AND TERMINATION.**

    (a)     *Term*. This Agreement will become effective on the later of (i) the date first shown above and (ii) the date Blockware receives Client's payment on the Invoice and will continue in effect through the earlier of (A) the completion of the Services described in paragraph 1 above or (B) the termination of this Agreement as expressly provided for in this Agreement.

    (b)     *Termination*. Client may, at its sole option, terminate this Agreement at any time, for any reason, upon written notice to Blockware. Upon Blockware's receipt of such notice, Blockware shall stop all work, advise Client in writing of the extent of the Services that have been completed through such date. Client agrees to pay Blockware for all work performed at its usual and customary rates through the date that Blockware receives notice of termination. If Client has prepaid for any portion of the Services, Blockware shall refund Client for any unearned portion of such payment.

1

4.    **INDEPENDENT CONTRACTOR STATUS.**

(a)    *Intention of Parties*.  It is the intention of the parties that Blockware is an independent contractor and not an employee, agent, joint venturer, or partner of Client.  Nothing in this Agreement shall be interpreted or construed as creating or establishing the relationship of employer and employee between Client and either Blockware or any employee or agent of Blockware.

(b)    *Non-Exclusive*.  Blockware shall retain the right to perform work for others during the term of this Agreement.  Client shall retain the right to cause work of the same or a different kind to be performed by its own personnel or other contractors during the term of this Agreement.  Blockware shall always act in the best interests of Client and shall diligently pursue the Services to completion.

5.    **NO WARRANTY.**  The Services are provided by Blockware on an "as is" basis, and there are no warranties, representations or conditions of any kind, express or implied, written or oral, arising by statute, operation of law, course of dealing, usage of trade or otherwise with respect to the Services or any other product, documentation or service provided under or in connection with this Agreement.  Blockware further expressly disclaims any implied warranty or condition of merchantability, satisfactory quality, durability or fitness for a particular purpose, title or non-infringement.  No representation or other affirmation of fact including, but not limited to, marketing literature or collateral or statements regarding the performance of the Services by Blockware that is not contained in this paragraph 5 shall be considered to be a warranty or representation, and should not be relied upon and is not binding upon Blockware.

6.    **LIMITATION OF LIABILITY.**

(a)    The aggregate liability of Blockware, its affiliates or suppliers, whether in contract (including fundamental breach or failure of an essential purpose), tort (including negligence), misrepresentation or otherwise in respect of a single occurrence or a series of occurrences shall in no circumstances exceed the amounts paid by customer to Blockware with respect to the services giving rise to the claim.  In no event shall Blockware, its affiliates or suppliers or affiliates of any of them be liable to Client or any third party for any punitive, indirect, incidental, special or consequential damages or for any failure to realize expected savings, loss of business, loss of revenues or profits, loss of data or any other commercial or economic loss (including, but not limited to, loss of data resulting from delays, non-deliveries, wrong deliveries, service interruptions, performance or failure of the internet or Blockware's internet service provider, or deletion or failure to save deliveries), even if Blockware has been advised of the possibility of such damages or they are foreseeable.

(b)    In the event applicable law does not permit such exclusions to be completely disclaimed, these exclusions shall be interpreted as necessary to give Blockware the full benefit of any disclaimer or limitation as permitted by applicable law.

(c)    Purchaser shall be solely responsible for any federal, state or local taxes assessed for this transaction, including without limitation, taxes on manufacture, sale, resale, gross income, receipts or use, regardless of when any such taxes are levied or assessed and regardless of whichever party it is levied or assessed on, and Purchaser further understands their tax liabilities for ordinary and capital gains tax for Bitcoin Mining.

(d)    Blockware is not responsible for manufacturer defects or repairs resulting from defects, damage, poor workmanship, or performance. Blockware will, at its sole discretion, arrange for shipping of the damaged equipment to either the manufacturer if the product is within its manufacturer warranty period or aftermarket repair facility. Blockware requires payment for shipping and a $25 per unit packaging fee for any shipments in addition to a $25 per unit reconnection fee if the equipment is returned to service.

(e)    Refund requests due to shipping delays will not be honored if the delay is caused by the manufacturer.

(f)    For new units, a manufacturer warranty is provided. Blockware is not responsible for arranging return or replacement of units, however, will arrange depending on the circumstances on a case by case basis. For used equipment, no warranty will be provided. Blockware makes a best efforts attempt to screen and test equipment prior to shipment but is not responsible for the working condition.

(g)    Machine unit hash rates stated by the manufacturer are estimated. Each machine may perform above or below the stated hash rates due to a variety of factors, including but not limited to power usage, environmental conditions, equipment age, pool performance, and other factors not listed herein.

## 7.    EXCULPATION AND INDEMNIFICATION.

(a)    *Exculpation*.  Neither party shall have any liability to the other party for any loss suffered by the other party arising out of or related to the services to be provided under this Agreement, provided that such loss does not arise out of the gross negligence, willful misconduct, bad faith or reckless disregard of its duties under this Agreement by the first party. For the avoidance of doubt, Blockware is not liable in any way for delay, for any defective, missing or damaged products delivered pursuant to this Agreement, failure in performance, loss or damage due to any of the following force majeure conditions; fire, strike, embargo, explosion, power failure, flood, lightning, war, water, electrical storms, labor disputes, civil disturbances, governmental requirements, acts of civil or military authority, acts of God, acts of public enemies, inability to secure replacement parts or materials, transportation facilities, or other causes beyond its reasonable control, whether or not similar to the foregoing.

(b)    *Indemnity*.  To the fullest extent allowed by law, each party (the "**Indemnitor**") hereby agrees to indemnify, hold harmless, and defend the other party (the "**Indemnitee**") and its affiliates from and against all claims and liability (including reasonable attorneys' fees) due to actions or failures to act on the part of the Indemnitor, its agents or employees that constitute gross negligence, willful misconduct, bad faith or reckless disregard of its duties under this Agreement.

## 8.    GENERAL PROVISIONS.

DocuSign Envelope ID: 23456351-A543-4F20-BD3B-19620C487EB6

(a)    *Notices*. Any notices to be given hereunder by either party to the other may be effected either by personal delivery in writing or by U.S. mail, electronic mail, registered or certified, postage prepared with return receipt requested, or any other nationally recognized overnight courier service. Mailed notices shall be addressed to the parties at the addresses appearing in the signature block of this Agreement, but each party may change the address by written notice in accordance with this paragraph. Notices delivered personally will be deemed communicated as of actual receipt; mailed notices will be deemed communicated as of three (3) calendar days after mailing; and notice sent via electronic mail will be deemed communicated when receipt is confirmed by the receiving party via return electronic mail. Correspondence deposited with an overnight courier service will be deemed delivered on the next business day.

(b)    *Entire Agreement*. This Agreement, and the Invoice once delivered, constitutes the entire agreement between the parties and supersedes all agreements, if any, previously entered into by and between Client and Blockware with respect to such matters. No change, addition, or modification of any term or condition of this Agreement shall be valid or binding on either party unless in writing signed by the authorized representatives of both parties. Failure by either party to insist upon strict performance of any of the terms and conditions of this Agreement, or to exercise any right or privilege contained in this Agreement, or the waiver of any breach of the terms or conditions of this Agreement shall not be construed as thereafter waiving any such terms, conditions, rights or privileges, and the same shall continue and remain in force and effect as if no waiver had occurred. All of a party's rights and remedies reserved under the terms and conditions hereof shall be cumulative and in addition to any further rights and remedies provided in law or equity.

(c)    *Severability*. If any provision in this agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions will nevertheless continue in full force without being impaired or invalidated in any way.

(d)    *No Third-Party Beneficiary*. This Agreement is intended solely for the benefit of the parties to this Agreement, and no third party shall have any rights, direct or indirect, under this Agreement.

(e)    *Governing Law; Venue*. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without reference to any principles of conflict of laws that would result in the application of the substantive laws of any other jurisdiction. Without limiting the scope of the foregoing, the parties hereby consent to the exclusive jurisdiction of the courts of the State of Illinois or the Federal courts of the United States, in each case sitting in Cook County, Illinois, in any suit, action or proceeding ("**Proceeding**") relating to this Agreement. Each party irrevocably submits to the jurisdiction of Illinois state or federal courts with respect to any Proceeding and consents that service of process as provided by Illinois law may be made upon such party in such Proceeding, and may not claim that the Proceeding has been brought in an inconvenient forum. Each party consents to the service of process out of any Illinois state or federal court in any such Proceeding, by the mailing of copies thereof, by certified or registered mail, return receipt requested, addressed to such party at the address of such party shown below or otherwise provided to the other party in writing.

(f)    *Successors*. This Agreement shall inure to the benefit of, and be binding upon, the parties, their successors and permitted assigns.

(g)    *Assignment*. This Agreement may not be assigned, in whole or part, without the prior written consent of the other party.

(h)

4

(i)    *Acceptance*. By signing this agreement and paying funds due you are agreeing to Blockware Solutions sales and hosting terms and conditions. These terms and conditions are available upon request.

**IN WITNESS WHEREOF**, the parties have executed this Agreement effective the day and year set forth above.

**CLIENT:**  Faes & Co

DocuSigned by:

*Christian Faes*

68F2BCCBA4F24C7...

Christian Faes

10/25/2021

**BLOCKWARE SOLUTIONS, LLC:**

**By**: Sam Chwarzynski

**Title**: Co-Founder & CFO

**Signature**:

*Sam Chwarzynski*

# EXHIBIT B



Christian Faes <christian@faes.co>

---

## Bitmain's newest batch of Z15j is available for order NOW, November batch, Blockware has received a first batch allocation, reach out to order!

1 message

---

**Blockware Solutions** <sales@blockwaresolutions.com>                                16 June 2021 at 07:35
Reply-To: Blockware Solutions <sales@blockwaresolutions.com>
To: Christian@faes.co



https://BlockwareSolutions.com

**Blockware is selling part of our first batch Z15j Equihash November Allocation!**

We are pleased to announce that we will be receiving 1st batch allocation of the **Z15j 320 K SOL/S, 1500 watts, November batch**. This is the first time that Bitmain is producing Z15's since last year and it is an excellent opportunity to purchase Z15's (very few Z15's were made in the prior batches). The Equihash algorithm is very stable to mine and we believe it will remain to be highly profitable to mine for years to come. We are not seeing any other competition on the Equihash network at the moment on the mining front with other manufacturers, and Equihash mining participants currently are able to run the oldest models of Equihash miners with high profitability (A9, Z11, Z9). **We have 500 machines available, first-come, first-serve. We are selling these with or without hosting for $4,450 landed cost (includes shipping, tariffs, and duties to the USA from China), this does not include PSU, we will assist clients separately with PSU sourcing.**

## Email us directly to lock in your order, 100% prepayment is required. These will sell out quickly.



**Capture the Opportunity to Mine Equihash with Blockware**

Contact us <u>HERE</u> to get up and hashing.

Click the link below to take a video tour inside the Blockware Mining Colocation Facility:
**https://drive.google.com/file/d/1EgEkzGuowv92KrpejF_ZCWivESDDdKv7/view**



# Recent Blockware Market News

- ***Read our Bitcoin Halving 2020 Research Report,*** *the top shared Research in the Mining Industry* *Read Here.*
- ***Read our 2021 Bitcoin Market Outlook  - Why $40,000 is Only the Beginning Research Report,*** *the top shared Research in the Mining Industry* *Read Here.*
- ***Pomp and a secretive whale lead big players flocking to Sovyrn:*** *Of the groups that applied to invest, those which were vetted and accepted include representation by leading exchanges such as Cadenza (a BitMEX affiliated venture fund), AscendEX (BitMax) and Gate.io as well as Blockware Solutions. Read Here.*
- ***Bitfarms announces 250 Ph/s Mining Rig of Hosting, Revenue Share, and Brokering Agreement with Blockware Solutions:***
  *Bitfarms announces 250 Ph/s Mining Rig of Hosting, Revenue Share, and Brokering Agreement with Blockware Solutions **Read Here.***
- ***3 bitcoin-mining experts explain why concerns around the cryptocurrency's massive energy consumption are overblown:***
  *Business Insider covered Blockware Solutions, Mason Jappa— CEO of Blockware Solutions on the energy concerns relating to Cryptocurrency Mining. Read Here.*
- ***Blockware Solutions is listed on the Hashrate Index as an industry-leading Hosting Facility:*** *Blockware is vertically integrated in mining: we are one of the largest distributors of ASIC's to the US having sold 100,000 machines over the past year, we have placed over 75 MW of hosting since inception, we operate a top 20 Bitcoin Mining pool, and we provide industry-leading research and analysis on the Bitcoin Market. Read Here.*

---

**Join our Telegram Channel for Exclusive Offerings**

---

**Sell your Mining Hardware through Blockware's Extensive Network**

---

**Join our USA Based Bitcoin Mining Pool! Bring Hash to the USA!!**

Exhibits to Complaint 11

*We have the ability to order any Hardware on the market, we have some great deals available for Whatsminer M30s, M31s, M20s & M21s, Avalon 1047 / 1066 / 1166,  Innosilicon T3+ , A10 Pro, Bitmain S19 / S19 Pro, T17e / T17+ / S17e / S17 / S17 Pro, Ebang E12 miners, and more! Reach out to us with any inquiries.*

# *Industry Leading Hosting Available in the USA:*

## Hosting Details:

We offer exceptional, turnkey miner hosting services within the safety and security of the US. Our all-in rates undercut the market by 15-20%. We'll help you generate material savings each month by locking in below market rates with industry leading uptime and security for your rigs. We offer our clients a turnkey solution to remove all friction: 24/7 on-site management, VPN access, and some of the best technologists in the world managing the mining rigs. Our management team currently mines 12% of the total Zcash hash rate, 15% of the total Siacoin hash rate, and 15% of the total Dash hash rate.

Price: **6.50c kWh - 7.50c kWh** based on quantity
Deposit: 1 month down deposit based on placement quantity
Term: Minimum 1 year

If you're interested in hosting services, please reply to this ad or check out our website & complete the inquiry form: https://blockwaresolutions.com

Chat with Blockware on Telegram

*Copyright © 2021 Blockware Solutions LLC, All rights reserved.*

*You are receiving this email because you opted in via our website or have submitted a form of interest.*

Exhibits to Complaint 12

*Our mailing address is:*
Blockware Solutions LLC
8 The Grn Ste A
Dover, DE 19901-3618

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT C



Christian Faes <christian@faes.co>

## Re: Form Submission - Contact Us - Contact Us Page - Looking for collocation partner
31 messages

| | |
|---|---|
| **Zachary Mulica** <zach@blockwaresolutions.com><br>To: christian@faes.co<br>Cc: Mason Jappa <sales@blockwaresolutions.com> | 7 October 2021 at 13:36 |

Hi Christian,

Thanks for reaching out, it's a pleasure to virtually meet you. We can sell you Bitcoin Mining Rigs with or without Hosting (**MOQ of 5 units**), but unfortunately do not offer collocation of mining rigs purchased outside of Blockware's ecosystem at this time. In case you're interested in hosting rigs purchased through Blockware, we have additional partnered facilities coming online in November where we can offer hosting services, or we can ship the miners directly to you.

If your strategy involves hosting outside of your facility with new mining rigs, or purchasing rigs to be sent to your existing site, would you be open to a discussion? In the meantime, please allow me to share some additional information on Blockware Solutions and our current offerings:

- We are the leaders in providing the leading hardware to US Miners - we have sold over 200,000 Mining ASICs since 2017 and have placed over 150 MW of miner hosting. We work with clients of all sizes and we are more than happy to provide the best solution for you.

- We write an industry-leading newsletter that covers Bitcoin, Bitcoin Mining, Bitcoin on-chain analytics, and more under our analytics arm - Blockware Intelligence: subscribe here: https://www.blockwareintelligence.com/.

- Our management team consists of some of the most experienced miners within the space. We currently have hundreds of hosting clients and hosting contracts. We manage over 800+ PH/s of hash-rate, much of which belong to our own self-mining operation.

- We offer mining packages where you buy the Mining Hardware from us with Hosting services. You can then connect your machines to our Bitcoin mining pool mine.blockwarepool.com where you will be paid out your Bitcoin rewards daily.  Our offering is hands-off. You will be able to monitor your machines through an app, but we will manage and maintain the units at our facility.

Mining is an excellent way to get involved in the Network and is a great complement to your Bitcoin holdings.

I have also included a report that we completed in January titled "2021 Bitcoin Market Outlook - $40,000 is Only the Beginning."

Best regards,

Zach Mulica

On Thu, Oct 7, 2021 at 3:14 PM 'Squarespace' via Sales <sales@blockwaresolutions.com> wrote:

> Sent via form submission from *Blockware Solutions*
>
> **Name:** Christian Faes
>
> **Email Address:** christian@faes.co
>
> **Phone:** (447) 595-2507
>
> **Interested Services:** Hardware, Hosting
>
> **Subject:** Looking for collocation partner
>
> **Message:** Hi there, I am looking for a collocation partner to work with, as we build out a crypto mining business. We are currently looking for a site to house c.150 Antminer machines, but looking to grow from there.
>
> Is this something that Blockware Solutions could assist with? If so, it would be great to set up a time to talk with someone.
>
> I'm a London based Fintech entrepreneur that has significant resources to commit to this project.
>
> I look forward to hearing from you.
>
> Christian Faes
>
> **Twitter:** christianfaes
>
> --
> ***Zach Mulica***
> *Account Executive | Blockware Solutions LLC*
> *Bitcoin Pool Operator | mine . blockwarepool . com*
> *Proprietary Research | Sign up for our newsletter on our website*
> *Follow us on Twitter | @BlockwareTeam*
>
> 📄 **Blockware Solutions- 2021 Bitcoin Market Outlook - $40,000 is Only the Beginnning.pdf**
> 3508K

| | |
|---|---|
| **Christian Faes** <christian@faes.co><br>To: Zachary Mulica <zach@blockwaresolutions.com><br>Cc: Mason Jappa <sales@blockwaresolutions.com> | 8 October 2021 at 10:32 |

Hi Zach, thanks for your email - and for sharing your report, which I enjoyed reading.

I am very open to having machines procured and bought with Blockware, if that's how you do business. I am working with a few operators at the moment, and open to different ways of working.

I am ideally looking to scale up, but also start small to get a feel for the working relationship I can develop with a partner.

Would be able to provide a quotation for 10 x Antminer s19j Pro's (100th), and what the cost would be for the 24 months? Also, what would the timing be for this sort of order to get plugged in and up and running?

--
Christian Faes
**faes.co**

[Quoted text hidden]

Zachary Mulica <zach@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>, Mason Jappa <sales@blockwaresolutions.com>

Hi Christian,

I can provide our current S19j - 100T inventory & pricing below. As a rule of thumb, batch models typically ship towards the end of the indicated month, and take 4 - 6 week to clear custo management, and electricity costs) depending on the quantity of units purchased. For 10 units, I can extend a 7.8c kWh rate.

| Condition | Manufacturer | Model | Th/s | Efficiency (W/T) | MOQ | Price | $/T | Notes |
|-----------|--------------|-------|------|------------------|-----|-------|-----|-------|
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,500.00 | $105.00 | January batch - includes tariff, duties and shipp |
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,250.00 | $102.50 | February batch - includes tariff, duties and ship |
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,000.00 | $100.00 | March batch - includes tariff, duties and shippi |

You can expect these models to be up & hashing the 1st week of March, April, and May respectively. If you would like to move forward, I would need the following information to generate

- **Rig Model & Quantity**
- **Bill-to-name**
- **Billing address**
- **Hosting contract duration (1, 2, or 3 years)**
  - 10 units, 7.8c kWh, 2 years assumed
- **Preferred payment method and payment method allocation.**
  - We accept USD wire ($30 processing fee), USD ACH, Bitcoin (1% exchange fee), and USDT.

Please let me know if you have any questions, or if you'd like to hop on a call to discuss further. Thank you.

Best regards,

Zach Mulica

[Quoted text hidden]

[Quoted text hidden]

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immediately and*

---

Zachary Mulica <zach@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>

12 October 2021 at 11:10

Hi Christian,

I wanted to check in and see if you're still interested in moving forward with the spike in BTC? Please let me know if you have any questions, I'm happy to help.

Best regards,

Zach Mulica
[Quoted text hidden]

---

Christian Faes <christian@faes.co>
To: Zachary Mulica <zach@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>

14 October 2021 at 00:20

Hi Zach and Mason,

Thanks for sending through these pricing options.

I have slightly better pricing with a few other providers, but I am also looking at scaling up and would like to work with a few providers. Eg, I am working on a 100-150 order with Compass, and their pricing is keener than below (but I assume you've quoted for 5 machines, so no bulk discount etc).

I am going to be in the US next month to meet with various people in the space. Would your team be available to meet up - and in a perfect world have a look at a facility? I am happy to travel wherever needed in the US.

Shall we do a call or something to discuss the above?


--
Christian Faes
**faes.co**

[Quoted text hidden]

---

Mason Jappa <mason@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>
Cc: Zachary Mulica <zach@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

14 October 2021 at 06:31

Christian,

What price did Compass quote you? I am confident that we can beat their quotes in bulk, and offer better services - as they rely on third parties for hosting and we have our own hosting facilities. We are also fully vertically integrated with our own pool and miner management software.

We would not be able to accommodate a site visit next month, but we can in the future.

We can definitely schedule a call with you to discuss.

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

Christian Faes <christian@faes.co>

14 October 2021 at 08:23

To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Zachary Mulica <zach@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

Thanks for coming back to me on this Mason.

I have seen that Compass are using collocation for their hosting, and that has actually caused them some issues recently when they were booted from a facility! Good to know that you have that differentiation.

Compass are offering Antminer s19j Pro 100's for $9,700 for Dec delivery; and $9,300 for Jan delivery. Electricity 6.2c kWh. I have a bunch of machines with them atm, and so happy to look at diversifying, which is exactly what I'm looking for; and wanting to scale up.

Would tomorrow or Monday work for a call any time between 10am-1pm New York time? I'm working on London time atm fyi.

--
Christian Faes
faes.co

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                                                                      14 October 2021 at 08:29
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

Christian,

What online timeframe is that offer for hosting on the Dec / Jan delivery and what location? I know that they don't. have hosting until Q2 2022 unless you want to be placed in Russia (which I don't recommend). I will have my team schedule a call with you.

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                                                                              14 October 2021 at 08:39
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Compass have told me that they have a space coming up in the US. I have a machine with them in Russia which was just to test it out, but agree, I'm not interested in doing anything material in Russia!

Yes, you're right re 'delivery' dates. They have said 'delivery' for Dec will be online in Jan, and Jan would be online in Feb.

I look forward to talking!
[Quoted text hidden]
--
--
Christian Faes
faes.co

---

**Mason Jappa** <mason@blockwaresolutions.com>                                                                                      14 October 2021 at 08:49
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

I will tell you what they are offering sounds very sketchy, without concrete timelines nor assurances. I can have you online in December, and sell you 150 x S19j Pro 100T November batch for $9950 landed cost each with a 6.8c kWh hosting rate. This is a real quote, not a fantasy land :)

Compass was founded late last year, we are mining pioneers and were founded in 2017. We created processes in hosting and miner brokering that are implemented across the industry. Our goal in 2017 was to bring hash rate and bitcoin to the USA, and we succeeded in this mission.

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                                                                              15 October 2021 at 04:21
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Mason, I like your style!

This is sounding good! Just a few questions:

- where is the facility that these machines would be located at? Have you got any information on this facility (video tour, or a spec sheet or something); also, is it renewable energy (which is quite important to us, if possible)?

- what are the payment terms to secure this order/Dec delivery?

- do you have a demo, or something I can see showing your portal and how the machines are managed by the customer? Similar to Compute North's MNinerSentry/HiveOS or whatever. We're just interested to understand how we can monitor the machines when they're online.

Exhibits to Complaint 17

- what is the contract term? Can you do 1 year similar to Compass - although, the obvious path for us would be to renew on an ongoing basis (but give comfort to be able to move, if the partnership isn't working out).

- are you able to provide a copy of your Terms of Service contract for all of this?

- have you got a corporate deck on Blockware Solutions, giving some information on the background of the company, who your investors are etc? I've watched some of your podcasts now with Pomp etc. Awesome.

- how do you manage (and the customer pay) for repairs?

- do you have any solutions that you can offer with regards to insurance for the machines? I assume your facilities are insured and secured?

I really appreciate your responses on this, and are looking to build a long term relationship.

Thank you!

--
Christian Faes
faes.co

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                                    15 October 2021 at 06:48
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

- where is the facility that these machines would be located at? Have you got any information on this facility (video tour, or a spec sheet or something); also, is it renewable energy (which is quite important to us, if possible)?
**Pennsylvania, this is a brand new site that goes live next week. We can accommodate tours in Q1 2022 - the site will continue to be expanded this year with 16 MW by Dec 31,2021.**

**See below energy spread.**



- what are the payment terms to secure this order/Dec delivery?
**100% payment required now to lock in the order.**

- do you have a demo, or something I can see showing your portal and how the machines are managed by the customer? Similar to Compute North's MNinerSentry/HiveOS or whatever. We're just interested to understand how we can monitor the machines when they're online.
**We have proprietary miner management software and a proprietary pool:**



- what is the contract term? Can you do 1 year similar to Compass - although, the obvious path for us would be to renew on an ongoing basis (but give comfort to be able to move, if the partnership isn't working out).
**Yes, we can offer you a 1 year contract, with a 2 month deposit. The Contract is standard relative to the industry. Keep in mind Compass does not run any sites, so there contracts are relatively "fake."**

- are you able to provide a copy of your Terms of Service contract for all of this?
**Yes, blank hosting agreement and blank purchase / service agreement attached.**

Exhibits to Complaint 18

- have you got a corporate deck on Blockware Solutions, giving some information on the background of the company, who your investors are etc? I've watched some of your podcasts now with Pomp etc. Awesome.
We do, but we only will send this out with an NDA, as it has proprietary information on it. We do not publicly list any of our investors, we operate privately. We are starting a capital raise round Monday where we will raise $50-100m at a $1+b valuation.

- how do you manage (and the customer pay) for repairs?
new machines come with 1 year warranties, we coordinate repairs on behalf of the client. Outside of the 1 year timeline the customer pays for repairs at cost.

- do you have any solutions that you can offer with regards to insurance for the machines? I assume your facilities are insured and secured?
We do not have an insurance solution for mining rigs at this time (in the past we have), but we need to find new vendors here. The facility is indeed of course insured.

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**2 attachments**

📄 **Blockware_Service Agreement Template Updated7_15_21 (1).docx**
35K

📄 **Blockware Solutions - Form of Co-Location Agreement.docx (1).pdf**
159K

---

**Christian Faes** <christian@faes.co>                                          18 October 2021 at 11:27
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Mason, thanks for coming back on these items.

We would like to proceed with Blockware for an initial order of 50 x machines (Antminer S19J Pro 100TH's); 1 year rolling contract. Could you please provide an invoice to lock in this order for December delivery. Once we get those machines online and comfortable with everything, we are keen to scale from there. We'd like to build a long term relationship with Blockware!

For invoicing, can this please be made out to:
Faes & Company (London) Limited
Two Fitzroy Place, 8 Mortimer Street, London W1T 3JJ

A few further questions/comments:

- can you pls provide an NDA for me to have a look at your corporate deck you refer to (for our DD for this order etc, but also, are you open to angel investors in this round also?)
- site visit Q1 next year sounds great.

Re the Services Agreement:
- can we confirm that the Antminer machines that you will procure for this order will be *new* machines?
- clause 8(g) assignment: Can we please have confirmation that we will be free to assign the contract/machines etc, to any company within the Faes & Co group?

Re the Colocation Facilities Agreement:
- clause 7.1, do we have to use Blockware's pool? Is there any accommodation/flexibility in the event that we were able to get better returns using a different pool?
- what are the fees associated with Blockware's pool? c/f Compass we're currently with F2Pool at 1.2% fee.
- clause 7.10 - I'm not sure what is intended by this clause, but we can't agree to this, if the intention is that we need to disclose all technology Developments of our firm to Blockware, and to make such
Developments available for use by you. I assume that his clause can be struck out.

Re insurance, we're talking with a few ppl on this, so if we find any providers that could work we'll definitely let you know.

Thanks for your help with this. We look forward to the prospect of working with you!

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                  18 October 2021 at 11:39
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Hi Christan,

We would like to proceed with Blockware for an initial order of 50 x machines (Antminer S19J Pro 100TH's); 1 year rolling contract. Could you please provide an invoice to lock in this order for December delivery. Once we get those machines online and comfortable with everything, we are keen to scale from there. We'd like to build a long term relationship with Blockware!

**Yes, this is great news, we look forward to working with you! We can send over an invoice for 50 x S19j Pro 100T, with online ETA by Dec 31, 2021, our price for this batch is $115/T landed cost (includes shipping, tariffs, and duties),**

For invoicing, can this please be made out to:
Faes & Company (London) Limited
Two Fitzroy Place, 8 Mortimer Street, London W1T 3JJ

A few further questions/comments:

- can you pls provide an NDA for me to have a look at your corporate deck you refer to (for our DD for this order etc, but also, are you open to angel investors in this round also?)
- site visit Q1 next year sounds great.

**Yes, attached is our NDA. If the check was sizeable - potential - this round targetting large institutions.**

Re the Services Agreement:
- can we confirm that the Antminer machines that you will procure for this order will be *new* machines?
**Confirmed, brand new machines direct from Bitmain, November batch.**
- clause 8(g) assignment: Can we please have confirmation that we will be free to assign the contract/machines etc, to any company within the Faes & Co group?

Exhibits to Complaint 19

**Yes, confirmed that you can assign these to various entities.**

Re the Colocation Facilities Agreement:
- clause 7.1, do we have to use Blockware's pool? Is there any accommodation/flexibility in the event that we were able to get better returns using a different pool?
**Yes, we do require our clients to mine with our pool.**
- what are the fees associated with Blockware's pool? c/f Compass we're currently with F2Pool at 1.2% fee.
**2% FPPS, www.mine.blockwarepool.com**
- clause 7.10 - I'm not sure what is intended by this clause, but we can't agree to this, if the intention is that we need to disclose all technology Developments of our firm to Blockware, and to make such
Developments available for use by you. I assume that his clause can be struck out.

**This is only related to Blockware - none of your personal IP.**

Re-insurance, we're talking with a few ppl on this, so if we find any providers that could work we'll definitely let you know.

**Sounds good**

Thanks for your help with this. We look forward to the prospect of working with you!

Thanks,
*Mason Jappa*
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor |  M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group |  BlockwareSolutionsOfferings*

[Quoted text hidden]

📄 **Blockware NDA (4).pdf**
96K

---

**Christian Faes** <christian@faes.co>                                                                        18 October 2021 at 11:47
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Hi Mason, just on the cost per machine, you had previously said that you could do $9,950/machine all in. I know that was a bigger order number that I was talking about (but this was still slightly higher than Compass - which I know I take with a grain of salt) - but are you saying the cost is now $11,500/machine?

--
Christian Faes
faes.co

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                                                18 October 2021 at 11:51
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Yes, BTC is now at 62k and November batch is also right around the corner. We are actually selling this batch for $125/T, but lowered the price for you given the situation.

Best,
*Mason Jappa*
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor |  M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group |  BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                                                        18 October 2021 at 11:59
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

What would the cost be for Jan delivery, same machines?

--
Christian Faes
faes.co

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Christian,

See below current price points for the Jan batch. My recommendation is to proceed with the November batch to be hashing in December, as each month of mining lowers the cost basis

| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,500.00 | $105.00 | January batch - includes tariff, duties |
| New | Whatsminer | M30s+ | 100 | 34 | 5 | $10,500.00 | $105.00 | January batch - includes tariff, duties |
| New | Whatsminer | M30s++ | 110 | 31 | 5 | $12,100.00 | $110.00 | January batch - includes tariff, duties |

Exhibits to Complaint 20

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

Christian Faes <christian@faes.co>                                                                18 October 2021 at 12:09
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Thanks Mason.

Please also find attached the signed NDA.

--
Christian Faes
faes.co

[Quoted text hidden]

 **Blockware NDA (4).pdf**
239K

---

Mason Jappa <mason@blockwaresolutions.com>                                                         18 October 2021 at 12:23
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

Thanks - attached is the capital raise deck- as mentioned please treat this as confidential and do not send to any parties.

*Best,*
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

 **(10_18_2021) Blockware Solutions Investor Presentation Framework (1).pptx**
10879K

---

Christian Faes <christian@faes.co>                                                                19 October 2021 at 08:52
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>, Zachary Mulica <zach@blockwaresolutions.com>

OK, thanks for the clarification on the pricing.

I will go for the January delivery (Antminer S19j Pro 100 TH's for $10,500/machine all in) x 50 machines.

Can you please issue the invoice and advise re payment terms etc, so that I can process payment and lock in pricing asap.

--
Christian Faes
faes.co

[Quoted text hidden]

---

Christian Faes <christian@faes.co>                                                                19 October 2021 at 08:53
To: Mason Jappa <mason@blockwaresolutions.com>

Mason, thanks also for sharing the deck. Totally understood re confidentiality.

The deck is great - and you've built an awesome business by the looks of it.

--
Christian Faes
faes.co

[Quoted text hidden]

---

Mason Jappa <mason@blockwaresolutions.com>                                                         19 October 2021 at 08:56
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

Thank you, I will get you an invoice for the 50 x Jan machines! I look forward to working with you.
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*

*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>

1 November 2021 at 05:23

Hi Mason, I hope the fundraising is going well.

I'm going to be in New York from Monday 15th through to Thursday 18th November (and Austin next week). Would you have time to meet up? I'd be delighted to take you to lunch, but understand if it's only a meet and greet/coffee.

For context, I am now putting together a capital vehicle, which should have c.$20m to deploy early next year into mining - and I'm keen to keep building a relationship with you/Blockware.

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

1 November 2021 at 05:43

Hi Christian,

Unfortunately I am in London that entire week, so would not be able to meet you.

Awesome news on the capital raise front by you.

Best,

Mason

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>

1 November 2021 at 05:56

Oh, no way - it seems there quite a few crypto ppl in London that week!

I'm back Friday morning the 19th, if you have time in your schedule here?

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

1 November 2021 at 05:57

Yes that's when the DAS conference is, sorry no I don't on the 19th as I am in London then.

Thanks,

Mason

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>

1 November 2021 at 06:05

Oh, yes, sorry, I meant could you meet in London on the 19th (I'm based in London, and back from NY then)?

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

I am flying back on Friday ha, perhaps another time , happy to take a virtual call as you need us.

-Mason

On Mon, Nov 1, 2021 at 9:05 AM Christian Faes <christian@faes.co> wrote:
> Oh, yes, sorry, I meant could you meet in London on the 19th (I'm based in London, and back from NY then)?
>
> --
> Christian Faes
> **faes.co**
>
>
> On Mon, 1 Nov 2021 at 12:58, Mason Jappa <mason@blockwaresolutions.com> wrote:
>> Yes that's when the DAS conference is, sorry no I don't on the 19th as I am in London then.

Exhibits to Complaint 22

Thanks,

Mason

On Mon, Nov 1, 2021 at 8:56 AM Christian Faes <christian@faes.co> wrote:
> Oh, no way - it seems there quite a few crypto ppl in London that week!

I'm back Friday morning the 19th, if you have time in your schedule here?

--
Christian Faes
faes.co

On Mon, 1 Nov 2021 at 12:43, Mason Jappa <mason@blockwaresolutions.com> wrote:
> Hi Christian,

Unfortunately I am in London that entire week, so would not be able to meet you.

Awesome news on the capital raise front by you.

Best,

Mason

On Mon, Nov 1, 2021 at 8:24 AM Christian Faes <christian@faes.co> wrote:
> Hi Mason, I hope the fundraising is going well.

I'm going to be in New York from Monday 15th through to Thursday 18th November (and Austin next week). Would you have time to meet up? I'd be delighted to take you to l

For context, I am now putting together a capital vehicle, which should have c.$20m to deploy early next year into mining - and I'm keen to keep building a relationship with you

--
Christian Faes
faes.co

On Tue, 19 Oct 2021 at 16:56, Mason Jappa <mason@blockwaresolutions.com> wrote:
> Thank you, I will get you an invoice for the 50 x Jan machines! I look forward to working with you.
> **Mason Jappa**
> *Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
> *Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
> *Strategic Advisor | M31 Capital*
>
> *Bitcoin Pool Operator | mine . blockwarepool . com*
> *Proprietary Research | BlockwareIntelligence . com*
> *Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
> *Join our Telegram Group | BlockwareSolutionsOfferings*

On Tue, Oct 19, 2021 at 11:53 AM Christian Faes <christian@faes.co> wrote:
> Mason, thanks also for sharing the deck. Totally understood re confidentiality.

The deck is great - and you've built an awesome business by the looks of it.

--
Christian Faes
faes.co

On Mon, 18 Oct 2021 at 20:23, Mason Jappa <mason@blockwaresolutions.com> wrote:
> Thanks - attached is the capital raise deck- as mentioned please treat this as confidential and do not send to any parties.
>
> Best,
> **Mason Jappa**
> *Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
> *Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
> *Strategic Advisor | M31 Capital*
>
> *Bitcoin Pool Operator | mine . blockwarepool . com*
> *Proprietary Research | BlockwareIntelligence . com*
> *Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
> *Join our Telegram Group | BlockwareSolutionsOfferings*

On Mon, Oct 18, 2021 at 3:10 PM Christian Faes <christian@faes.co> wrote:
> Thanks Mason.

Please also find attached the signed NDA.

--
Christian Faes
faes.co

On Mon, 18 Oct 2021 at 20:06, Mason Jappa <mason@blockwaresolutions.com> wrote:
> Christian,

See below current price points for the Jan batch. My recommendation is to proceed with the November batch to be hashing in December, as each month of mining

| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,500.00 | $105.00 | January batch - |
| New | Whatsminer | M30s+ | 100 | 34 | 5 | $10,500.00 | $105.00 | January batch - |
| New | Whatsminer | M30s++ | 100 | | 5 | $12,100.00 | $110.00 | January batch - |

**Exhibits to Complaint 23**

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*


On Mon, Oct 18, 2021 at 2:59 PM Christian Faes <christian@faes.co> wrote:
What would the cost be for Jan delivery, same machines?


--
Christian Faes
**faes.co**


On Mon, 18 Oct 2021 at 19:51, Mason Jappa <mason@blockwaresolutions.com> wrote:
Yes, BTC is now at 62k and November batch is also right around the corner. We are actually selling this batch for $125/T, but lowered the price for you given t

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*


On Mon, Oct 18, 2021 at 2:47 PM Christian Faes <christian@faes.co> wrote:
Hi Mason, just on the cost per machine, you had previously said that you could do $9,950/machine all in. I know that was a bigger order number that I was t


--
Christian Faes
**faes.co**


On Mon, 18 Oct 2021 at 19:39, Mason Jappa <mason@blockwaresolutions.com> wrote:
Hi Christan,

We would like to proceed with Blockware for an initial order of 50 x machines (Antminer S19J Pro 100TH's); 1 year rolling contract. Could you please pro
term relationship with Blockware!

**Yes, this is great news, we look forward to working with you! We can send over an invoice for 50 x S19j 100T, with online ETA by Dec 31, 2**

For invoicing, can this please be made out to:
Faes & Company (London) Limited
Two Fitzroy Place, 8 Mortimer Street, London W1T 3JJ

A few further questions/comments:

- can you pls provide an NDA for me to have a look at your corporate deck you refer to (for our DD for this order etc, but also, are you open to angel inves
- site visit Q1 next year sounds great.

**Yes, attached is our NDA. If the check was sizeable - potential - this round targetting large institutions.**

Re the Services Agreement:
- can we confirm that the Antminer machines that you will procure for this order will be *new* machines?
**Confirmed, brand new machines direct from Bitmain, November batch.**
- clause 8(g) assignment: Can we please have confirmation that we will be free to assign the contract/machines etc, to any company within the Faes & Co
**Yes, confirmed that you can assign these to various entities.**

Re the Colocation Facilities Agreement:
- clause 7.1, do we have to use Blockware's pool? Is there any accommodation/flexibility in the event that we were able to get better returns using a differ
**Yes, we do require our clients to mine with our pool.**
- what are the fees associated with Blockware's pool? c/f Compass we're currently with F2Pool at 1.2% fee.
**2% FPPS, www.mine.blockwarepool.com**
- clause 7.10 - I'm not sure what is intended by this clause, but we can't agree to this, if the intention is that we need to disclose all technology Developme
Developments available for use by you. I assume that his clause can be struck out.

**This is only related to Blockware - none of your personal IP.**

Re-insurance, we're talking with a few ppl on this, so if we find any providers that could work we'll definitely let you know.

**Sounds good**

Thanks for your help with this. We look forward to the prospect of working with you!

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*


On Mon, Oct 18, 2021 at 2:27 PM Christian Faes <christian@faes.co> wrote:

Exhibits to Complaint 24

Mason, thanks for coming back on these items.

We would like to proceed with Blockware for an initial order of 50 x machines (Antminer S19J Pro 100TH's); 1 year rolling contract. Could you please p...
term relationship with Blockware!

For invoicing, can this please be made out to:
Faes & Company (London) Limited
Two Fitzroy Place, 8 Mortimer Street, London W1T 3JJ

A few further questions/comments:

- can you pls provide an NDA for me to have a look at your corporate deck you refer to (for our DD for this order etc, but also, are you open to angel inv...
- site visit Q1 next year sounds great.

Re the Services Agreement:
- can we confirm that the Antminer machines that you will procure for this order will be *new* machines?
- clause 8(g) assignment: Can we please have confirmation that we will be free to assign the contract/machines etc, to any company within the Faes &...

Re the Colocation Facilities Agreement:
- clause 7.1, do we have to use Blockware's pool? Is there any accommodation/flexibility in the event that we were able to get better returns using a dif...
- what are the fees associated with Blockware's pool? c/f Compass we're currently with F2Pool at 1.2% fee.
- clause 7.10 - I'm not sure what is intended by this clause, but we can't agree to this, if the intention is that we need to disclose all technology Develop...
Developments available for use by you. I assume that his clause can be struck out.

Re insurance, we're talking with a few ppl on this, so if we find any providers that could work we'll definitely let you know.

Thanks for your help with this. We look forward to the prospect of working with you!


--
Christian Faes
faes.co


On Fri, 15 Oct 2021 at 14:49, Mason Jappa <mason@blockwaresolutions.com> wrote:
- where is the facility that these machines would be located at? Have you got any information on this facility (video tour, or a spec sheet or something...
**Pennsylvania, this is a brand new site that goes live next week. We can accommodate tours in Q1 2022 - the site will continue to be expand...**

**See below energy spread.**



- what are the payment terms to secure this order/Dec delivery?
**100% payment required now to lock in the order.**

- do you have a demo, or something I can see showing your portal and how the machines are managed by the customer? Similar to Compute North'...
**We have proprietary miner management software and a proprietary pool:**

26/10/2022, 14:3... Blockware Solutions - Submission Document - Christian Faes-Blockware Solutions Offering from Mason Jappa #147

Case: 1:22-cv-07121 Document #: 1-1 Filed: 12/17/22 Page 26 of 60 PageID #:47

# Blockware Mining Pool and Mining Software

## Mining Pool



→ 2% revenue fee to miners, Blockware receives 1.4%

→ Pool has generated >1,000 BTC to date

→

## Mining Management



→ Visualize mining rig performance

→ Configuration, remote management, and software upgrades

→ Multi-tenant, multi-site

- what is the contract term? Can you do 1 year similar to Compass - although, the obvious path for us would be to renew on an ongoing basis (but gi
**Yes, we can offer you a 1 year contract, with a 2 month deposit. The Contract is standard relative to the industry. Keep in mind Compass d**

- are you able to provide a copy of your Terms of Service contract for all of this?
**Yes, blank hosting agreement and blank purchase / service agreement attached.**

- have you got a corporate deck on Blockware Solutions, giving some information on the background of the company, who your investors are etc? I'v
**We do, but we only send this out with an NDA, as it has proprietary information on it. We do not publicly list any of our investors, we o**

- how do you manage (and the customer pay) for repairs?
**new machines come with 1 year warranties, we coordinate repairs on behalf of the client. Outside of the 1 year timeline the customer pays**

- do you have any solutions that you can offer with regards to insurance for the machines? I assume your facilities are insured and secured?
**We do not have an insurance solution for mining rigs at this time (in the past we have), but we need to find new vendors here. The facility**

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

On Fri, Oct 15, 2021 at 7:22 AM Christian Faes <christian@faes.co> wrote:
Mason, I like your style!

This is sounding good! Just a few questions:

- where is the facility that these machines would be located at? Have you got any information on this facility (video tour, or a spec sheet or someth

- what are the payment terms to secure this order/Dec delivery?

- do you have a demo, or something I can see showing your portal and how the machines are managed by the customer? Similar to Compute Nor

- what is the contract term? Can you do 1 year similar to Compass - although, the obvious path for us would be to renew on an ongoing basis (but

- are you able to provide a copy of your Terms of Service contract for all of this?

- have you got a corporate deck on Blockware Solutions, giving some information on the background of the company, who your investors are etc?

- how do you manage (and the customer pay) for repairs?

- do you have any solutions that you can offer with regards to insurance for the machines? I assume your facilities are insured and secured?

I really appreciate your responses on this, and are looking to build a long term relationship.

Thank you!

--
Christian Faes
faes.co

On Thu, 14 Oct 2021 at 16:49, Mason Jappa <mason@blockwaresolutions.com> wrote:
I will tell you what they are offering sounds very sketchy, without concrete timelines nor assurances. I can have you online in December, and sel

Compass was founded late last year, we are mining pioneers and were founded in 2017. We created processes in hosting and miner brokering t

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

Exhibits to Complaint 26

On Thu, Oct 14, 2021 at 11:39 AM Christian Faes <christian@faes.co> wrote:
Compass have told me that they have a space coming up in the US. I have a machine with them in Russia which was just to test it out, but ag

Yes, you're right re 'delivery' dates. They have said 'delivery' for Dec will be online in Jan, and Jan would be online in Feb.

I look forward to talking!

On Thu, 14 Oct 2021 at 16:29, Mason Jappa <mason@blockwaresolutions.com> wrote:
Chirstian,

What online timeframe is that offer for hosting on the Dec / Jan delivery and what location? I know that they don't. have hosting until Q2 202

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

On Thu, Oct 14, 2021 at 11:23 AM Christian Faes <christian@faes.co> wrote:
Thanks for coming back to me on this Mason.

I have seen that Compass are using collocation for their hosting, and that has actually caused them some issues recently when they were

Compass are offering Antminer s19j Pro 100's for $9,700 for Dec delivery; and $9,300 for Jan delivery. Electricity 6.2c kWh. I have a bunc

Would tomorrow or Monday work for a call any time between 10am-1pm New York time? I'm working on London time atm fyi.

--
Christian Faes
**faes.co**

On Thu, 14 Oct 2021 at 14:31, Mason Jappa <mason@blockwaresolutions.com> wrote:
Christian,

What price did Compass quote you? I am confident that we can beat their quotes in bulk, and offer better services - as they rely on thir

We would not be able to accommodate a site visit next month, but we can in the future.

We can definitely schedule a call with you to discuss.

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

On Thu, Oct 14, 2021 at 3:20 AM Christian Faes <christian@faes.co> wrote:
Hi Zach and Mason,

Thanks for sending through these pricing options.

I have slightly better pricing with a few other providers, but I am also looking at scaling up and would like to work with a few providers

I am going to be in the US next month to meet with various people in the space. Would your team be available to meet up - and in a

Shall we do a call or something to discuss the above?

--
Christian Faes
**faes.co**

On Fri, 8 Oct 2021 at 20:01, Zachary Mulica <zach@blockwaresolutions.com> wrote:
Hi Christian,

I can provide our current S19j - 100T inventory & pricing below. As a rule of thumb, batch models typically ship towards the end of
management, and electricity costs) depending on the quantity of units purchased. For 10 units, I can extend a 7.8c kWh rate.

| Condition | Manufacturer | Model | Th/s | Efficiency (W/T) | MOQ | Price | $/T |
|-----------|-------------|-------|------|------------------|-----|-------|-----|
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,500.00 | |
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,250.00 | |
| New | Bitmain | S19j | 100 | 29.5 | 5 | $10,000.00 | |

You can expect these models to be up & hashing the 1st week of March, April, and May respectively. If you would like to move forw

- **Rig Model & Quantity**
- Bill to name

Exhibits to Complaint 27

- - Billing address
  - Hosting contract duration (1, 2, or 3 years)
    - 10 units, 7.8c kWh, 2 years assumed
  - **Preferred payment method and payment method allocation.**
    - We accept USD wire ($30 processing fee), USD ACH, Bitcoin (1% exchange fee), and USDT.

Please let me know if you have any questions, or if you'd like to hop on a call to discuss further. Thank you.

Best regards,

Zach Mulica

On Fri, Oct 8, 2021 at 12:32 PM Christian Faes <christian@faes.co> wrote:
> Hi Zach, thanks for your email - and for sharing your report, which I enjoyed reading.
>
> I am very open to having machines procured and bought with Blockware, if that's how you do business. I am working with a few
>
> I am ideally looking to scale up, but also start small to get a feel for the working relationship I can develop with a partner.
>
> Would be able to provide a quotation for 10 x Antminer s19j Pro's (100th), and what the cost would be for the 24 months? Also,
>
> --
> Christian Faes
> **faes.co**
>
> On Thu, 7 Oct 2021 at 21:36, Zachary Mulica <zach@blockwaresolutions.com> wrote:
>> Hi Christian,
>>
>> Thanks for reaching out, it's a pleasure to virtually meet you. We can sell you Bitcoin Mining Rigs with or without Hosting (**MO**
>> Blockware, we have additional partnered facilities coming online in November where we can offer hosting services, or we can
>>
>> If your strategy involves hosting outside of your facility with new mining rigs, or purchasing rigs to be sent to your existing site,
>>
>>> - We are the leaders in providing the leading hardware to US Miners - we have sold over 200,000 Mining ASICs since
>>>
>>> - We write an industry-leading newsletter that covers Bitcoin, Bitcoin Mining, Bitcoin on-chain analytics, and more und
>>>
>>> - Our management team consists of some of the most experienced miners within the space. We currently have hundr
>>>
>>> - We offer mining packages where you buy the Mining Hardware from us with Hosting services. You can then connect
>>>   machines through an app, but we will manage and maintain the units at our facility.
>>
>> Mining is an excellent way to get involved in the Network and is a great complement to your Bitcoin holdings.
>>
>> I have also included a report that we completed in January titled "2021 Bitcoin Market Outlook - $40,000 is Only the Beginning
>>
>> Best regards,
>>
>> Zach Mulica
>>
>> On Thu, Oct 7, 2021 at 3:14 PM 'Squarespace' via Sales <sales@blockwaresolutions.com> wrote:
>>> Sent via form submission from *Blockware Solutions*
>>>
>>> **Name:** Christian Faes
>>>
>>> **Email Address:** christian@faes.co
>>>
>>> **Phone:** (447) 595-2507
>>>
>>> **Interested Services:** Hardware, Hosting
>>>
>>> **Subject:** Looking for collocation partner
>>>
>>> **Message:** Hi there, I am looking for a collocation partner to work with, as we build out a crypto mining business. We are cu
>>>
>>> Is this something that Blockware Solutions could assist with? If so, it would be great to set up a time to talk with someone.
>>>
>>> I'm a London based Fintech entrepreneur that has significant resources to commit to this project.
>>>
>>> I look forward to hearing from you.
>>>
>>> Christian Faes
>>>
>>> **Twitter:** christianfaes
>>
>> --
>> *Zach Mulica*
>> *Account Executive | Blockware Solutions LLC*
>> *Bitcoin Pool Operator | mine . blockwarepool . com*
>> *Proprietary Research | Sign up for our newsletter on our website*
>> *Follow us on Twitter | @BlockwareTeam*
>>
>> *Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have recei*

--
*Zach Mulica*
*Account Executive | Blockware Solutions LLC*
*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | Sign up for our newsletter on our website*
*Follow us on Twitter | @BlockwareTeam*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received i*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in e*

--
Christian Faes
**faes.co**

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error)*

Exhibits to Complaint 28

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) ple*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please n*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the s*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the send*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender im*

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immed*

**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

--
*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immediatel*

**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

--
*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immediately and*

--
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

---

**Christian Faes** <christian@faes.co>                                         4 November 2021 at 05:18
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Mason Jappa <sales@blockwaresolutions.com>

Hey Mason, just further to our previous chat, my travel plans have now changed. I will be in Dubai next week for Bitmain's WDMS, and then back in London for DAS. I will hopefully find you at one of these to bend your ears at some stage!

If you want any intro's to VC's in London, let me know. I'm pretty deep in these scene here and should be able to connect you to whoever (although I'd imagine that you'll find US investors more savvy/excited about Blockware's space).

Christian Faes
[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                  4 November 2021 at 06:14
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <sales@blockwaresolutions.com>

Christian -

Nice, we will be at DAS, not WDMS. Reach out to me that week and we can definitely meet up.

Best,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Strategic Advisor | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

# EXHIBIT D



Blockware Solutions provides access to the highest quality hosting facilities in the US.



### OUR VALUE

- Total MW Placed: 400+ MW
- We have evaluated over 50+ facilities over the last three years
- We host our clients at Blockware's hosting facilities WV, PA, and KY.

### WE OFFER

- Timely setup of machines
- Reliable internet and power
- Industry-leading up-times
- Professionalism, we're institutionally backed
- Stress-tested and data-driven solutions - We have multiple MW's already placed with these facilities.

**Looking to host your miners in USA in a professional data center specially designed and purpose-built for mining?**

CONTACT US ABOUT HOSTING

# EXHIBIT E



## PA - Unplanned Outage

**Monitoring** - We are working directly with the site owner to resolve the PA site situation. We expect to be able to provide an update to you over the next few days.

For any questions or concerns, please open a support ticket and we will follow up there.

Oct 24, 2022 - 13:44 EDT

## About This Site

Welcome to Blockware Solutions statuspage. Here you can find on-going incidents and maintenance schedule on our sites and our other services.

If you want to subscribe to get notified, please open a ticket from our Support page and we will add you to the list.

Uptime over the past 90 days. View historical uptime.

| Kentucky Site - LF ? | Operational |
|---|---|

| 90 days ago | 100.0 % uptime | Today |
|---|---|---|

Exhibits to Complaint 33



## Past Incidents

### Nov 22, 2022

No incidents reported today.

### Nov 21, 2022

No incidents reported.

### Nov 20, 2022

No incidents reported.

### Nov 19, 2022

No incidents reported.

### Nov 18, 2022

No incidents reported.

Exhibits to Complaint 34

## Nov 17, 2022

No incidents reported.

## Nov 16, 2022

No incidents reported.

## Nov 15, 2022

No incidents reported.

## Nov 14, 2022

No incidents reported.

## Nov 13, 2022

No incidents reported.

## Nov 12, 2022

No incidents reported.

## Nov 11, 2022

No incidents reported.

## Nov 10, 2022

No incidents reported.

## Nov 9, 2022

No incidents reported.

## Nov 8, 2022

No incidents reported.

---

Powered by Atlassian Statuspage

# EXHIBIT F



| Incidents | Uptime |
|---|---|

| Filter Components | ← September 2022 to November 2022 → |
|---|---|

## November 2022

No incidents reported for this month.

## October 2022

### PA - Unplanned Outage

We are working directly with the site owner to resolve the PA site situation. We expect to be a...

Oct 24, 13:44 EDT

### [Scheduled] PA - Weekend Curtailment

The scheduled maintenance has been completed.

Oct 21, 18:00 - Oct 24, 12:00 EDT

### [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 21, 06:00 - 10:01 EDT

### [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 20, 19:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 20, 05:00 - 11:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 19, 19:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 18, 06:01 - 23:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 17, 09:01 - Oct 18, 00:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 15, 07:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 13, 05:00 - 23:00 EDT

## RH - Unplanned Power Outage

A main fuse blew and a portion of the site went down at around 10PM on 10/13. This was fixed...

Oct 13, 22:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 12, 15:01 - 22:01 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 11, 18:00 - 20:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 11, 06:01 - 09:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 10, 21:00 - 23:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 10, 10:00 - 16:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 9, 17:00 - 23:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 8, 18:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 8, 06:00 - 11:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 7, 10:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 7, 06:01 - 08:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 6, 07:01 - 20:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 5, 06:01 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Oct 3, 08:30 - 21:00 EDT

- Collapse Incidents

Exhibits to Complaint 40

# September 2022

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 29, 11:01 - 21:01 EDT

## [Scheduled] LF - Downtime for infrastructure work

The scheduled maintenance has been completed.

Sep 29, 08:00 - 17:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 28, 11:00 - 21:00 EDT

## [Scheduled] LF - Downtime for infrastructure work

The scheduled maintenance has been completed.

Sep 28, 09:15 - 12:15 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 27, 18:00 - 19:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 26, 15:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 22, 08:00 - 21:01 EDT

## Planned Power Outage

The site went down from 7AM to 11AM for all of the site and a certain portion stayed down unti...

Sep 22, 07:00 - 07:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 21, 13:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 20, 10:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 19, 12:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 18, 13:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 17, 14:00 - 21:02 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 16, 12:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 15, 12:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 14, 12:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 13, 10:00 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 12, 09:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 11, 12:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 10, 10:00 - 21:02 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 9, 11:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 8, 12:01 - 22:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 7, 11:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 6, 11:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 5, 13:00 - 21:00 EDT

## [Scheduled] PA - Curtailment

The scheduled maintenance has been completed.

Sep 1, 12:01 - 21:00 EDT

- Collapse Incidents

← Current Status

Powered by Atlassian Statuspage

# EXHIBIT G



Christian Faes <christian@faes.co>

## Really need some action
9 messages

---

**Christian Faes** <christian@faes.co>      27 September 2022 at 15:31
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Rich Ferolo <rich@blockwaresolutions.com>, Alex Leathead <alex@blockwaresolutions.com>

Hi Mason, I hope you're well (despite the market conditions, power prices, cyclones etc etc!).

I wanted to see if you could please assist with pushing some resolutions to some continuing issues that I am having with Blockware. I have liaised with various people on your team before bringing this to you; and whilst your team (Rich, Alex and Sean cc'd in) have been v helpful these issues <u>have now been outstanding for over a month</u>.

<u>20 + missing machines:</u>
Whilst I am meant to have 50 machines hashing with Blockware, I have only been getting <u>at best</u> c.2.5PH (ie, half what I should be hashing), and most days it's more like 1.5PH. From Blockware Terminal we can see that there are 21 machines that *haven't hashed at all* since the last few weeks of August; and haven't had anywhere near 5PH since mid August. See attached CSV file. With curtailments etc, these 50 machines have been hashing on average only c.$125/day in btc the last month...

I understand that there have been some staffing issues and changes are being made at your Pennsylvania site, but if there any way that you can try and push the team on site to assist with getting these machines back up and running asap?

<u>Serial numbers:</u>
I have been asking for about 6 weeks+ to get the serial numbers for the machines that we have with you guys. I am told that many of the machines don't have them logged on your system, but if this could also be rectified that would be appreciated (as I'm wanting to look into some insurance arrangement numbers and need these).

Hoping you can help push!

Thanks for your help.


--
Christian Faes
**faes.co**

📄 **miners-christian-faes-faesco-2022-09-27--13-48-36.csv**
    12K

---

**Mason Jappa** <mason@blockwaresolutions.com>      28 September 2022 at 06:47
To: Christian Faes <christian@faes.co>
Cc: Rich Ferolo <rich@blockwaresolutions.com>, Alex Leathead <alex@blockwaresolutions.com>, Kentaro Masuda <kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Hi Christian -

I have escalated this to our support and operations team. We are looking into your miners and seeing if we can troubleshoot, I agree it does seem like you have more miners down than you should (outside of the mandatory curtailment that we are in). I appreciate your patience on this matter and we appreciate you as a client.

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Managing Partner | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

Exhibits 45
Complaint 45

[Quoted text hidden]

[Quoted text hidden]

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immediately and delete this email. Any unauthorised copying, disclosure or distribution of the material in this email is prohibited.*

---

**Christian Faes** <christian@faes.co>                                      28 September 2022 at 10:18
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Rich Ferolo <rich@blockwaresolutions.com>, Alex Leathead <alex@blockwaresolutions.com>, Kentaro Masuda <kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Thank you Mason - much appreciated. Please let me know.

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                      10 October 2022 at 13:06
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Rich Ferolo <rich@blockwaresolutions.com>, Alex Leathead <alex@blockwaresolutions.com>, Kentaro Masuda <kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Hi Mason, I wanted to see if there's an update on this? It's been almost 2 weeks on, and we seem to have not got any further?

For the last 2 months, whilst we are meant to have 50x machines 100TH running with Blockware, we have been hashing on average c. 0.005 btc/day = less than $100/day for all 50 machines!

It is galling to see Blockware emails coming through regularly claiming to have 'hosting available' etc, yet a customer that's been with you for almost a year has hashed next to nothing during the last year (after months delays on the machines arriving etc etc). We have only had the whole 50 machines hashing a few weeks at a time at best!

Is there any hope for us to actually have 50x machines properly hashing with Blockware? If not in Pennsylvania is there somewhere else you can house them? There seems to be endless curtailments and/or maintenance at that site, and it's just not working for customers.

Can we please have a proper solution provided here.

We look forward to hearing from you asap.

--
Christian Faes
**faes.co**

On Wed, 28 Sept 2022 at 06:47, Mason Jappa <mason@blockwaresolutions.com> wrote:
[Quoted text hidden]

---

**Alex Leathead** <alex@blockwaresolutions.com>                             11 October 2022 at 06:44
To: Christian Faes <christian@faes.co>
Cc: Mason Jappa <mason@blockwaresolutions.com>, Rich Ferolo <rich@blockwaresolutions.com>, Kentaro Masuda <kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Hi Christian!

I have somewhat of an update on the SN objective. The team is currently moving rigs from the latest deployment (where most of your rigs are located) into the other racks to consolidate everything in less racks.

While completing that, they will pick up the remaining SNs. They have about 80% of the site done, but since your machines were in the latest deployment, they came in the last portion of the whole objective.

They are working at a decent rate, so our expectations are to have most of them by the end of the week given everything stays on track.

For your question about potentially moving your rigs, I will let Mason and the others reply to this.

Thank you,
**Alex Leathead**
*Director of Operations, Customer Support Manager | Blockware Solutions LLC*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                             13 October 2022 at 13:53
To: Mason Jappa <mason@blockwaresolutions.com>

Hi Mason, can you please come back with a resolution to this.

We are meant to have 50 machines with Blockware but have now been _months_, with no more than 2.5PH and only for a few hours a day. We have only had 5PH a few weeks, since we ordered the machines a year ago. <u>This isn't right.</u>

I have also been asking for serial numbers for about 10 weeks now. This all smells very fishy.

I am trying to give you an opportunity to resolve this without it becoming a legal matter, but I'm at the end of the road now. Please provide a solution to make this right.


--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                             18 October 2022 at 09:32
To: Alex Leathead <alex@blockwaresolutions.com>
Cc: Mason Jappa <mason@blockwaresolutions.com>, Rich Ferolo <rich@blockwaresolutions.com>, Kentaro Masuda <kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Alex I appreciate you having the courtesy to come back on this, but it's just not credible any more.

I have been asking for two months for serial numbers for the machines that we bought, but you seem unable to provide these.

Of 50x machines we are meant to have with Blockware, we aren't able to hash more than 2.5PH. According to your own systems, there are over 25 machines that aren't hashing (of which no one from Blockware seems able to come back to me with any sort of reasonable explanation). Whilst we should be hashing 0.189 btc a day, it is only generating 0.0055 btc on average. **We are hashing <u>less than a third</u> of what we should be with Blockware!** See below.

I would have thought with multiple journalists asking about your viability as a business, and multiple lawsuits being planned by different parties, you would have some urgency about resolving these sorts of issues.



--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Mason Jappa** <mason@blockwaresolutions.com>                                        18 October 2022 at 11:21
To: Christian Faes <christian@faes.co>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Rich Ferolo <rich@blockwaresolutions.com>, Kentaro Masuda
<kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

Christian-

What is your availability for Thursday or Friday of this week to discuss this in full? We are working on the data
analysis. I am not sure of what information you are referencing as far as your allegations, thus I would be interested to
here but I assure you that what you are stipulating about us is not the truth.

*Thanks,*
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Managing Partner |  M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group |  BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                        18 October 2022 at 12:07
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Rich Ferolo <rich@blockwaresolutions.com>, Kentaro Masuda
<kentaro@blockwaresolutions.com>, Neal Rainey <neal@blockwaresolutions.com>

It's all very easy to prove Mason.

I look forward to talking tomorrow.

--
Christian Faes
**faes.co**

[Quoted text hidden]

# EXHIBIT H



**Christian Faes <christian@faes.co>**

## Here is your Blockware Solutions invoice
7 messages

**Blockware Solutions Accounting** <invoices@blockwaresolutions.com>
To: christian@faes.co

1 August 2022 at 05:53



# Here is your invoice

Hey Christian Faes,

You have a new hosting invoice due. If you have questions about this payment, your subscription, or would just like to chat, contact us at billing@blockwaresolutions.com any time. We'd love to hear from you.

Invoiced amount
**$7,552.38**

Amount due
**$7,552.38**

Status
**Payment Due**

Pay Now

The Blockware Solutions Team

View payments, update them or manage your account on your customer portal.
Log into your account now →

Exhibits to Complaint 50

**PS:** We hope you're enjoying your experience with us! As always, feel free to reach
out to us. We'd love to hear from you.

 **invoice_1262.pdf**
64K

---

**Christian Faes** <christian@faes.co>                                           2 August 2022 at 07:12
To: Blockware Solutions Accounting <invoices@blockwaresolutions.com>

Hi there Team Blockware,

This invoice seems to be based on a different kWh to what we have agreed (which should be 6.8c); which comes out
c. base cost of $7,778.94.

Could you please reissue the invoice with the discount applied to the above amount. Thank you.

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Megan House** <megan@blockwaresolutions.com>                                   2 August 2022 at 09:47
To: Christian Faes <christian@faes.co>

Hi Christian,

Thank you for your email. An email was sent to you on 7/1 (Subject: Hosting Price Increase) informing you of a rate
increase to $0.08 effective 8/1. The billed amount for August is correct based on that rate increase. Please let me
know if you have any additional questions.

Best,

**Megan House**
Head of Business Operations
Blockware Solutions LLC

[Quoted text hidden]
   [Quoted text hidden]
   *Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient
   (or have received it in error) please notify the sender immediately and delete this email. Any unauthorised copying,
   disclosure or distribution of the material in this email is prohibited.*

---

**Christian Faes** <christian@faes.co>                                           2 August 2022 at 10:04
To: Megan House <megan@blockwaresolutions.com>

How can you unilaterally increase the electricity rate? The rate in the contract that we have states 6.8c.

--
Christian Faes
**faes.co**

[Quoted text hidden]

Exhibits to Complaint 51

**Christian Faes** <christian@faes.co>
To: Megan House <megan@blockwaresolutions.com>

3 August 2022 at 03:24

Megan, just to follow up on this, our lawyer has had a look at this and it's clear from the contract and the emails inducing us to enter into the contract from Mason, that the rate payable is 6.8c kWh for 1 year from machines going live.

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Warren Rogers** <warren@blockwaresolutions.com>
To: christian@faes.co
Cc: Megan House <megan@blockwaresolutions.com>

3 August 2022 at 12:46

Hi Christian

My name is Warren Rogers, I am the CFO here at Blockware, Megan passed me your information to help resolve this issue.

I understand that this is an unpleasant situation for you.

We have raised all client charges to 8c with no exceptions due to the unprecedented cost inflation that we are experiencing. We have the absolute right to do so.

If you choose not to comply, you may remove your machines from our hosting facility. If your invoice is not settled within the stated time frame, we reserve the right to point your machines to our account, disconnect, or resell to cover our damages.

Kind regards,

Warren Rogers

On Wed, Aug 3, 2022 at 6:27 PM Megan House <megan@blockwaresolutions.com> wrote:
Do you want me to connect you to this guy?
[Quoted text hidden]

--

Warren Rogers
***Chief Financial Officer***
**Blockware Solutions**
(214) 377-0451
Telegram: @warren1800

---

**Christian Faes** <christian@faes.co>
To: Warren Rogers <warren@blockwaresolutions.com>
Cc: Megan House <megan@blockwaresolutions.com>

4 August 2022 at 04:46

Warren, thanks for your email.

I'm curious as to how you think you can just put up the rate when we have a contract stating a fixed rate for 1 year?

Without prejudice to the position, we will pay the invoice. Your wording about pointing the machines elsewhere if we don't comply with your invoice is just offensive, and shows how you are happy to deal with clients.

I have emails from Mason saying 6.8c for 1 year 'this is real pricing, not fantasy' - yet, it seems it is fantasy, and you don't want to comply with the terms of your own contracts.

--

Christian Faes
**faes.co**

[Quoted text hidden]

# EXHIBIT I



Christian Faes <christian@faes.co>

## Over promising and under delivering?

4 messages

---

**Christian Faes** <christian@faes.co>                                                4 August 2022 at 04:48
To: Mason Jappa <mason@blockwaresolutions.com>
Cc: "warren@blockwaresolutions.com" <warren@blockwaresolutions.com>, Megan House
<megan@blockwaresolutions.com>

Hi Mason, hope you're well. I'm looking forward to listening in on your M31 webcast later today.

I have been told by your team that you have unilaterally decided to increase pricing on your hosting. There is no legal
right to do this under your own contracts, and you were very clear when we entered into our contract with you that the
agreed rate would be 6.8c kWh for 1 year.

... to literally quote your email from 14 Oct 2022: "with a 6.8c kWh hosting rate. This is a real quote, not a fantasy land
:) ". In our email exchanges you were boastful of Blockware's ability to beat competitors like Compass etc, however
unfortunately we have not experienced that at all. I am yet to have all machines that we bought hashing, and there is
constant downtime (which is a very different experience to what we have elsewhere).

I was hopeful of trying to build a relationship with Blockware and to resolve this, but your CFO has as much as told me
to take the machines elsewhere or you'll start the machines hashing for yourselves. Great customer service mentality!

Anyway, I just wanted to bring this to your attention. I appreciate it's tough times out there for mining companies, but
we are building out a good presence in the sector and would like to work with Blockware if there can be a reasonable
working relationship...


--

Christian Faes
**faes.co**

---

**Mason Jappa** <mason@blockwaresolutions.com>                                        4 August 2022 at 05:51
To: Christian Faes <christian@faes.co>

Hi Christian-

It is a tough time to be a host and miner within this sector. Margin compression is taking place with difficulty at such
high levels and BTC hovering between 17-24k. I do not think that difficulty will be sustainable at these levels and
should correct, or on the inverse, BTC will rise. Every cost associated with our hosting operation (both CapEx and
OpEx) has increased drastically, which has put our hosting operation underwater and has caused us to lose money on
hosting. We invested ten's millions of dollars in our own capital without debt to build out 40+ MW of operational
hosting facility. We have enacted force majeure due to the drastic increase in costs and are forced to raise our hosting
rates to become above the water on hosting. This was not an easy decision, nor one that we wanted to make for our
client base. In the event in the future that costs taper down - we certainly are open to lowering our hosting rates again.
For the record, we do not want any of our clients to leave. Right now, we have to collect on our energy bills which we
have to pay the utility - they are true realized costs. I have no desire to point your machines toward me, please just
pay your energy bills. We do appreciate you as a client and we are doing our best to weather this macroeconomic
storm. I will look into your hashing not hashing situation - we have been working hard every day to improve the
reliability of our sites and have been doing our best to repair machines on-site as well (some of your machines may
need repairs, I can't specifically speak to your exact machine situation).

Thanks,
**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Managing Partner |  M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group |  BlockwareSolutionsOfferings*

Exhibits to Complaint 55

[Quoted text hidden]
> [Quoted text hidden]
> Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient
> (or have received it in error) please notify the sender immediately and delete this email. Any unauthorised copying,
> disclosure or distribution of the material in this email is prohibited.

---

**Mason Jappa** <mason@blockwaresolutions.com>                                    4 August 2022 at 05:52
To: Christian Faes <christian@faes.co>

One note as well, we have seen countless other sites have to do the same. Most notably Core Scientific raised all of their clients hosting rates to 9c kWh and they are a far larger operation than us.

**Mason Jappa**
*Co-Founder, Chief Executive Officer | Blockware Solutions LLC*
*Advisory Board Member | RIOT Blockchain (Nasdaq - RIOT)*
*Managing Partner | M31 Capital*

*Bitcoin Pool Operator | mine . blockwarepool . com*
*Proprietary Research | BlockwareIntelligence . com*
*Follow us on Twitter | @Mason_Jappa @BlockwareTeam*
*Join our Telegram Group | BlockwareSolutionsOfferings*

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                          4 August 2022 at 06:57
To: Mason Jappa <mason@blockwaresolutions.com>

Mason, genuine thanks for your email. It's appreciated. I appreciate it's tough times, and don't want to be a pain to add to that. We've paid the invoice and are keen to keep supporting you guys.

Like you say, this should correct at some stage and hopefully things get back to a better economic situation with mining!

--
Christian Faes
**faes.co**

[Quoted text hidden]

# EXHIBIT J



Christian Faes <christian@faes.co>

---

# Serial numbers
12 messages

---

**Christian Faes** <christian@faes.co>                                          18 August 2022 at 13:24
To: Alex Leathead <alex@blockwaresolutions.com>

Hi Alex,

I wanted to see if you might be able to help me out. I am looking into an option to insure my machines that I have with Blockware, and they have asked for a catalogue of the machines I have, including serial numbers, and the location.

Are you able to give me a printout for this?

Also, are you able to give me access to your Mining Management platform for our machines?

**Blockware sub account is 'faesco'**

Thanks for your help!

--
Christian Faes
**faes.co**

---

**Christian Faes** <christian@faes.co>                                          24 August 2022 at 12:26
To: Alex Leathead <alex@blockwaresolutions.com>

Alex, I just wanted to follow up in relation to the below. Can you pls assist or point me in the right direction?

Thank you.
[Quoted text hidden]
--
Christian Faes
faes.co/christian

---

**Christian Faes** <christian@faes.co>                                          29 August 2022 at 15:43
To: Alex Leathead <alex@blockwaresolutions.com>, Rich Ferolo <rich@blockwaresolutions.com>
Cc: support@blockwaresolutions.com

Hi Alex (or Rich now cc'd), can someone please respond to my email from 11 days ago below?

--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Rich Ferolo** <rich@blockwaresolutions.com>                                   31 August 2022 at 08:28
To: Christian Faes <christian@faes.co>
Cc: Alex Leathead <alex@blockwaresolutions.com>, support@blockwaresolutions.com

Looking into this. Will revert back shortly.
--
**Rich Ferolo**
*Account Executive | Blockware Solutions LLC*
*calendly.com/richferolo*

[Quoted text hidden]

Exhibits to Complaint 58

[Quoted text hidden]

*Disclaimer: This email may contain confidential and/or privileged information. If you are not the intended recipient (or have received it in error) please notify the sender immediately and delete this email. Any unauthorised copying, disclosure or distribution of the material in this email is prohibited.*

---

**Christian Faes** <christian@faes.co>                                          31 August 2022 at 10:51
To: Rich Ferolo <rich@blockwaresolutions.com>

Thank you Rich. Pls let me know asap.
[Quoted text hidden]
--

Christian Faes
faes.co/christian

---

**Christian Faes** <christian@faes.co>                                          7 September 2022 at 03:12
To: Rich Ferolo <rich@blockwaresolutions.com>

Rich, can you pls come back to me on this.

All I want to know is the serial numbers and location for the machines I have with Blockware. Surely this is just a simple print out from your system?

I have been asking for this for over 3 weeks now! I don't want to elevate this to Mason but this is getting ridiculous!

Please let me know asap.
[Quoted text hidden]
--

Christian Faes
faes.co/christian

---

**Rich Ferolo** <rich@blockwaresolutions.com>                                   7 September 2022 at 06:21
To: Christian Faes <christian@faes.co>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

Hi Christian,

This was meant as a fast follow from last week. Was still in draft.

I have 17 SN's available to me and the balance are blank. We followed up with the site to see when we can scan those others into the system to share with you. Waiting for an update from after the holiday.

Note these are in PA. We can supply other insurance information that they may request as well.


Thanks,
--
**Rich Ferolo**
*Account Executive | Blockware Solutions LLC*
*calendly.com/richferolo*


On Mon, Aug 29, 2022 at 5:43 PM Christian Faes <christian@faes.co> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Rich Ferolo** <rich@blockwaresolutions.com>                                   7 September 2022 at 06:21
To: Christian Faes <christian@faes.co>

Responded separately. Had a quick follow up email not send.
[Quoted text hidden]

---

**Rich Ferolo** <rich@blockwaresolutions.com>                                   9 September 2022 at 09:34

To: Christian Faes <christian@faes.co>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

Hi Christian,

The site is estimating the completion of the remaining serial numbers by next week. They have been doing a collection of all missing SN's at the site which include yours. They will then upload to our database and I can share with you the whole list.

Thanks,
--
**Rich Ferolo**
*Account Executive | Blockware Solutions LLC*
calendly.com/richferolo

[Quoted text hidden]

---

**Christian Faes** <christian@faes.co>                                    9 September 2022 at 09:43
To: Rich Ferolo <rich@blockwaresolutions.com>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

Thank you for the update.
[Quoted text hidden]
--

Christian Faes
faes.co/christian

---

**Christian Faes** <christian@faes.co>                                    19 September 2022 at 09:07
To: Rich Ferolo <rich@blockwaresolutions.com>
Cc: Alex Leathead <alex@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>

Rich, do you have the serial numbers yet??


--
Christian Faes
**faes.co**

[Quoted text hidden]

---

**Alex Leathead** <alex@blockwaresolutions.com>                          19 September 2022 at 11:58
To: Christian Faes <christian@faes.co>
Cc: Rich Ferolo <rich@blockwaresolutions.com>, Mason Jappa <sales@blockwaresolutions.com>, Sean Reimer <sean@blockwaresolutions.com>

Hi Christian! Sorry for the delay here.

In the past few weeks, progress has slowed down a lot on site. A lot of things were lacking and movement to the staff had to be made. A new site manager was hired a couple weeks ago and he's been working on renewing different procedures.

Among those procedures, revamping the way they mapped the site was one of the top ones. We also implemented a new way of communicating our requests to them, which makes it a lot easier to complete objectives.

Knowing that, we were able to use historical data for some of your SNs but most of them (still requiring to be mapped) are still not available. We added this request as a top priority and are hoping to get results rather quickly.

Thank you,
**Alex Leathead**
*Director of Operations, Customer Support Manager | Blockware Solutions LLC*


[Quoted text hidden]

Exhibits to Complaint 60