IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BLOCKWARE SOLUTIONS, LLC,<br><br>　　Defendant. | Case No. 22-cv-7121<br><br>Judge: Not Yet Assigned |

## **LR 3.2 NOTIFICATION OF AFFILIATES**

Plaintiffs Faes & Company (London) Limited, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, provide the following information to this Court:

- More than 5% of Plaintiff Faes & Company (London) Limited is held by Christian Faes, an individual. Faes & Company (London) is registered in the United Kingdom and is not publicly held and has no other affiliates.

Dated: December 17, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: ___/s/ *Alan E. Engle*___
Wesley E. Johnson　　　　　　　　　　　　Alan E. Engle (CA Bar No. 224779)
(Ill. Bar No. 6225257)　　　　　　　　　　　(applying for *pro hac vice*)

| | |
|---|---|
| Goodman Tovrov Hardy & Johnson, LLC<br>105 W. Madison, Ste. 1500<br>Chicago, IL 60602<br>(312) 752-4828<br>wjohnson@goodtov.com | Meador & Engle<br>1115 Seal Way<br>Seal Beach, CA 90740<br>(310) 428-6985<br>alan.engle@meenlegal.com<br><br>Attorneys for Plaintiff |