### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Faes & Company (London) Limited
                              Plaintiff,

v.                                          Case No.: 1:22−cv−07121
                                            Honorable Virginia M. Kendall

Blockware Solutions, LLC
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, December 22, 2022:

    MINUTE entry before the Honorable Virginia M. Kendall. Attorney Alan Engle's Motion to appear pro hac vice [4] is granted. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.