## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

FAES & COMPANY (LONDON) LIMITED,   Plaintiff(s)

VS.

Court No.: 1:22-cv-07121

BLOCKWARE SOLUTIONS, LLC,

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Kelly Kirchhoff, depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Case, Civil Cover Sheet, and Complaint

Defendant to be served: Blockware Solutions, LLC

ADDRESS WHERE ATTEMPTED OR SERVED: Agent for Service: CT Corporation System, 208 S LaSalle St Suite 814
Chicago, IL, 60604

I **SERVED** the within named defendant on: 12/22/2022 9:30 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Derrick Hackett, (Title): Intake Specialist, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 30s **Gender:** Male **Race:** African American **Height:** 5-10 **Weight:** 151-175 **Hair:** Black **Glasses:** Yes

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Electronically signed by: Kelly Kirchhoff
*Kelly Kirchhoff*
12/29/2022 1:38:00 PM UTC
b8587f31-a0a6-46b1-83c5-81dd7893036a

Kelly Kirchhoff
Printed Name
Process Server
Title



884595_4139949_0_23__V4

Page 1 of 1

File Number: 19504963
Reference Number: 4139949
Case Number: 1:22-cv-07121
Client: One Legal, LLC
Doc Generated: 12/27/2022 10:10:04:627 AM