## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Faes & Company (London) Limited v. Blockware Solutions, LLC

Case Number: 1:22-cv-07121

An appearance is hereby filed by the undersigned as attorney for:
BLOCKWARE SOLUTIONS LLC

Attorney name (type or print): Alan M. Ritchie

Firm: Pilgrim Christakis LLP

Street address: One South Dearborn Street, Suite 1420

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6329217
(See item 3 in instructions)

Telephone Number: (312) 924-1773

Email Address: aritchie@pilgrimchristakis.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2023

Attorney signature: S/ Alan M. Ritchie
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015