# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED, | |
| Plaintiff, | Case No. 22-cv-7121 |
| v. | Judge Virginia M. Kendall |
| BLOCKWARE SOLUTIONS, LLC, | Magistrate Judge Young B. Kim |
| Defendant. | |

## LR 3.2 NOTIFICATION OF AFFILIATES

Defendant Blockware Solutions LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, provides the following information to this Court:

- More than 5% of Defendant Blockware Solutions LLC is held by Mason Jappa, Sam Chwarzynski, David Hose, and Warren Rogers who are all individuals. Blockware Solutions LLC is registered in Delaware and is not publicly held and has no other affiliates.

Dated: January 9, 2022

Respectfully submitted,

By: /s/Alan M. Ritchie
Anna-Katrina S. Christakis
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph. (312) 924-1773
Fax (312) 939-0983
kchristakis@pilgrimchristakis.com
aritchie@pilgrimchristakis.com

*Attorneys for Defendant*
*Blockware Solutions LLC*

**CERTIFICATE OF SERVICE**

    Alan M. Ritchie, an attorney, certifies that on January 9, 2023, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                  /s/ Alan M. Ritchie