**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED, | |
| Plaintiff, | Case No. 22-cv-7121 |
| v. | Judge Virginia M. Kendall |
| BLOCKWARE SOLUTIONS, LLC, | Magistrate Judge Young B. Kim |
| Defendant. | |

**DEFENDANT BLOCKWARE SOLUTIONS LLC'S UNOPPOSED MOTION
FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Blockware Solutions LLC ("Blockware"), by counsel, respectfully requests that the Court extend the time it has to respond to Plaintiff Faes & Company (London) Limited's ("Plaintiff") Complaint by 14 days, to and including January 26, 2023. In support of this motion, Blockware states as follows:

1. Plaintiff filed its Complaint against Blockware on December 17, 2022.

2. Blockware was served with a summons and copy of the Complaint on or about December 22, 2022, making its responsive pleading due January 12, 2023.

3. Counsel for Blockware was only recently retained and needs additional time to investigate the allegations and claims asserted in the Complaint and prepare an appropriate response. Accordingly, Blockware respectfully requests a 14-day extension of time, to and including January 26, 2023, to respond to the Complaint.

4. This is Blockware's first request for an extension, and the request is made in good faith and not for purpose of delay or for any other improper purpose.

5.      Counsel for Blockware has conferred with Plaintiff's counsel, and Plaintiff has no objection to the requested extension.

WHEREFORE, Defendant Blockware Solutions LLC respectfully requests that the Court extend the time it has to respond to Plaintiff's Complaint to and including January 26, 2023.

Dated: January 9, 2023                     Respectfully submitted,

By: /s/Alan M. Ritchie
Anna-Katrina S. Christakis
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph. (312) 924-1773
Fax (312) 939-0983
kchristakis@pilgrimchristakis.com
aritchie@pilgrimchristakis.com

*Attorneys for Defendant*
*Blockware Solutions LLC*

## **CERTIFICATE OF SERVICE**

      Alan M. Ritchie, an attorney, certifies that on January 9, 2023, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all attorneys of record.

      /s/ Alan M. Ritchie