**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED, | |
| Plaintiff, | Case No. 22-cv-7121 |
| v. | Judge Virginia M. Kendall |
| BLOCKWARE SOLUTIONS, LLC, | Magistrate Judge Young B. Kim |
| Defendant. | |

**NOTICE OF UNOPPOSED MOTION**

> **PLEASE TAKE NOTICE** that on **January 17, 2023, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Virginia M. Kendall, in courtroom 2503, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Blockware Solutions LLC's Unopposed Motion for First Extension of Time to Respond to Plaintiff's Complaint**, a copy of which is served upon you.

Dated: January 9, 2023

Respectfully submitted,

By: /s/Alan M. Ritchie

Anna-Katrina S. Christakis
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph. (312) 924-1773
Fax (312) 939-0983
kchristakis@pilgrimchristakis.com
aritchie@pilgrimchristakis.com

*Attorneys for Defendant*
*Blockware Solutions LLC*

## **CERTIFICATE OF SERVICE**

  Alan M. Ritchie, an attorney, certifies that on January 9, 2023, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all attorneys of record.


           /s/ Alan M. Ritchie