# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Faes & Company (London) Limited

Plaintiff,

v.

Case No.: 1:22–cv–07121
Honorable Virginia M. Kendall

Blockware Solutions, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

 MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion for extension of time to respond to Plaintiff's Complaint [14] is granted. Responsive Pleading shall be filed by 1/26/2023. Motion hearing set for 1/17/2023 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.