# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED, | |
| Plaintiff, | Case No. 22-cv-7121 |
| v. | Judge Virginia M. Kendall |
| BLOCKWARE SOLUTIONS, LLC, | Magistrate Judge Young B. Kim |
| Defendant. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **February 2, 2023, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Virginia M. Kendall, in courtroom 2503, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant Blockware Solutions LLC's Motion to Dismiss the Complaint**, a copy of which is served upon you.

Dated: January 26, 2023

Respectfully submitted,

By: /s/Alan M. Ritchie
Anna-Katrina S. Christakis
Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph. (312) 924-1773
Fax (312) 939-0983
kchristakis@pilgrimchristakis.com
aritchie@pilgrimchristakis.com

*Attorneys for Defendant*
*Blockware Solutions LLC*

## **CERTIFICATE OF SERVICE**

      Alan M. Ritchie, an attorney, certifies that on January 26, 2023, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all attorneys of record.

      /s/ Alan M. Ritchie