**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Faes & Company (London) Limited
                        Plaintiff,

v.                                               Case No.: 1:22–cv–07121
                                             Honorable Virginia M. Kendall

Blockware Solutions, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Motion to Dismiss [19]. Response due by 2/13/2023; Reply due by 2/20/2023. Status hearing set for 3/23/2023 is reset for 4/10/2023 at 9:00 AM. Motion hearing set for 2/2/2023 is stricken. Virtual hearings will be held on Fridays at 9:30 AM. Virtual hearing requests must be pre–approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.