IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| FAES & COMPANY (LONDON) LIMITED, | Case No. 22-cv-7121 |
| Plaintiff, | Judge: Hon. Virginia M. Kendall |
| v. | |
| BLOCKWARE SOLUTIONS, LLC, | |
| Defendant. | |

**DECLARATION OF ALAN E. ENGLE IN SUPPORT OF FAES & COMPANY (LONDON) LIMITED'S OPPOSITION TO BLOCKWARE SOLUTIONS LLC'S MOTION TO DISMISS THE COMPLAINT**

I, Alan E. Engle, hereby declare and state as follows:

1. I am a partner with the law firm of Meador & Engle, and I am counsel for Plaintiff Faes & Company (London) Limited ("Faes") in the above-captioned matter.

2. I submit this Declaration in support of the Faes' Memorandum of Law in Opposition to Blockware's Motion to Dismiss the Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the results for Faes & Co US Corp from the Delaware Department of State's Division of Corporations website, available at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx. The search result indicates

that Faes & Co US Corp was incorporated on December 15, 2021.

4. Attached as Exhibit 2 is a true and correct copy of the results for Faes & Co Digital Mining Inc. from the Delaware Department of State's Division of Corporations website, available at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx. The search result indicates that Faes & Co Digital Mining Inc. was incorporated on April 26, 2022.

5. Attached as Exhibit 3 is a true and correct copy of an invoice Blockware sent to Faes & Company (London) Limited on October 19, 2021 for $525,000.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct. Executed in Seal Beach, California.

Dated:  February 13, 2023

_/s/ Alan E. Engle_
Alan E. Engle

# EXHIBIT 1

*State of Delaware*
The Official Website of the First State

**Department of State: Division of Corporations**

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6502504 | Incorporation Date / Formation Date: | 12/15/2021 (mm/dd/yyyy) |
| Entity Name: | **FAES & CO US CORP** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **NORTHWEST REGISTERED AGENT SERVICE, INC.** | | |
| Address: | **8 THE GREEN, STE B** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **302-581-4070** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]     [ New Entity Search ]

# EXHIBIT 2

*State of*
*Delaware*
The Official Website of the First State

**Department of State: Division of Corporations**

HOME

| | Entity Details | |
|---|---|---|

### THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 6760271 | Incorporation Date / Formation Date: | 4/26/2022 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **FAES & CO DIGITAL MINING INC.** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| Name: | **NORTHWEST REGISTERED AGENT SERVICE, INC.** | | |
|---|---|---|---|
| Address: | **8 THE GREEN, STE B** | | |
| City: | **DOVER** | County: | Kent |
| State: | **DE** | Postal Code: | 19901 |
| Phone: | **302-581-4070** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results          New Entity Search

# EXHIBIT 3

**Blockware Solutions LLC**

5619 N. Fairview Ave.
Chicago, IL 60631
sales@blockwaresolutions.com
blockwaresolutions.com



# INVOICE

**BILL TO**

Faes & Company
(London) Limited
Attn: Christian Faes
Two Fitzroy Place, 8
Mortimer Street
London
WIT 3JJ
UK

**SHIP TO**

Christian Faes
Faes & Company
(London) Limited
Blockware Warehouse

**INVOICE #** 3024
**DATE** 10/19/2021
**DUE DATE** 10/19/2021

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Bitmain S19j - 100T January Batch | 10,500.00 | 50 | 525,000.00 |

**PAYMENT DUE DATE**
Payment must be made prior to order placement.
Invoice expires within 4 days.

**BALANCE DUE** **$525,000.00**

Bank Name: Bank of America
Recipient Name: Blockware Solutions LLC
Account Number:
WIRE Routing Number:
ACH Routing Number:
Address:

PAYMENT INSTRUCTIONS
BTC Address: