IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKWARE SOLUTIONS LLC<br><br>Defendant. | Civil Action No. 22-cv-7121<br><br>Judge: Hon. Virginia M. Kendall |

**AMENDED DECLARATION OF MEGHAN K. SPILLANE IN SUPPORT OF BLOCKWARE SOLUTIONS LLC'S MOTION TO DISMISS THE COMPLAINT**

I, Meghan K. Spillane, hereby declare and state as follows:

1. I am a partner with the law firm of Goodwin Procter LLP, and I am counsel for Defendant Blockware Solutions LLC ("Blockware") in the above-captioned matter.

2. I submit this Declaration in support of the Blockware Solutions LLC's Memorandum of Law in Support of the Motion to Dismiss the Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the results for Faes & Co US Corp from the Delaware Department of State's Division of Corporations website, available at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx.

4. Attached as Exhibit 2 is a true and correct copy of the results for Faes & Co Digital Mining Inc. from the Delaware Department of State's Division of Corporations website, available at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx.

5. Attached as Exhibit 3 is a true and correct copy of *Flores v. Strauss Water Ltd.*, No. 11141-VCS, 2016 Del. Ch. LEXIS 145 (Del. Ch. Sept. 22, 2016).

1

6. Attached as <u>Exhibit 4</u> is a true and correct copy of *Volodarskiy v. Delta Air Lines, Inc.*, No. 11 C 00782, 2012 U.S. Dist. LEXIS 154831 (N.D. Ill. Oct. 29, 2012).

7. Attached as <u>Exhibit 5</u> is a true and correct copy of *NCA Invs. Liquidating Tr. v. TD Bank, N.A. (In re Seaboard Hotel Member Assocs., LLC)*, Nos. 15-12510 (LSS), 2019 Bankr. LEXIS 3632 (Bankr. D. Del. Nov. 25, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2023         */s/ Meghan K. Spillane*
                                                      Meghan K. Spillane

## CERTIFICATE OF SERVICE

I, Alan M. Ritchie, an attorney, hereby certify that, on February 17, 2023, I caused the foregoing to be electronically filed via the Court's CM/ECF system, which effected service on all counsel of record.

*/s/ Alan M. Ritchie*
