# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Faes & Company (London) Limited
                                          Plaintiff,

v.                                                                                        Case No.: 1:22–cv–07121
                                                                                                 Honorable Virginia M. Kendall

Blockware Solutions, LLC
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 6/1/2023 is reset for 9:30 AM (PLEASE NOTE TIME CHANGE) which will proceed in person in Courtroom 2503. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.