IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAES & COMPANY (LONDON) LIMITED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BLOCKWARE SOLUTIONS, LLC,<br><br>　　Defendant. | Case No. 22-cv-07121<br><br>Judge: Hon. Virginia M. Kendall |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Faes & Company (London) Limited and Defendant Blockware Solutions, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully Submitted,　　　　　　　　　　　　　　　　　　　　　　　Dated: August 4, 2023

By: */s/ Alan E. Engle*　　　　　　　　　　　　　By: */s/ Meghan K. Spillane*

Alan E. Engle (admitted *pro hac vice*)　　　　　Meghan K. Spillane (admitted *pro hac vice*)
Meador & Engle　　　　　　　　　　　　　　　Catherine A. Tremble (admitted *pro hac vice*)
1115 Seal Way　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
Seal Beach, CA 90740　　　　　　　　　　　　The New York Times Building
Email: alan.engle@meenlegal.com　　　　　　620 Eighth Avenue
Phone: (310) 428-6985　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　Email: mspillane@goodwinlaw.com
Attorneys for Plaintiff,　　　　　　　　　　　　ctremble@goodwinlaw.com
Faes & Company (London) Limited　　　　　　Phone: (212) 813-8800
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 355-3333

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Blockware Solutions, LLC